570 A.2d 979

AJF WAREHOUSE DISTRIBUTORS, INC. v. MUNICIPAL COUNCIL OF THE CITY OF NEW BRUNSWICK, ET AL. v. ZONING BOARD OF ADJUSTMENT OF THE CITY OF NEW BRUNSWICK v. IRVING SMITH.

November 13, 1989.

Petition for certification denied.

570 A.2d 979

STATE OF NEW JERSEY v. MARION B. DUNLEVY.

November 13, 1989.

Petition for certification denied.

570 A.2d 979

STATE OF NEW JERSEY v. CLARENCE WESLEY BROWN.

November 13, 1989.

Petition for certification denied.